US DOL v. Home Insurance, et al.        10-CV-572-SM 1/27/12

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Hilda Solis, Secretary,
United States Department of Labor,
        Plaintiff

        v.                                          Case No. 10-cv-572-SM
                                                    Opinion No. 2012 DNH 020
The Home Insurance Company
and Roger A. Sevigny, New
Hampshire Insurance
Commissioner, as Liquidator
of the Home Insurance Company,
        Defendants


                            O R D E R


    The Home Insurance Company ("Home") was declared insolvent

in 2003 by the New Hampshire Superior court, which ordered its

liquidation and appointed the New Hampshire Commissioner of

Insurance as liquidator.  During the subsequent insolvency

proceeding, the United States Department of Labor ("DOL") filed a

proof of claim seeking over $2.6 million in assessments allegedly

owed by Home to a "Special Fund" administered by DOL pursuant to

the Longshore and Harbor Workers' Compensation Act, 33 U.S.C.

§§ 901-50 (the "Longshore Act").  Applying state law — which

establishes the priority in which payments from the assets of

liquidated insurers are to be made — the Liquidator assigned

DOL's claim to priority Class III.  Home's assets are generally

thought to be insufficient to cover Class III claims, so it is

unlikely that DOL will recover anything substantial.  The